RECEIVED
'12 JAN -9 AM 11: 1
THOMAS M GOULD
CLERK, U.S. DIST. CT.
W/D OF TN MEMPHIS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

_Tracie Pugh_

(Name of plaintiff or plaintiffs)

v.         CIVIL ACTION NO._____

_Swanson Services Corp_

(Name of defendant or defendants)

## COMPLAINT UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964

1. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is specifically conferred on the Court by 42 U.S.C. §2000e-5. Equitable and other relief are also sought under 42 U.S.C. §2000e-5(g).

2. Plaintiff, _Tracie Pugh_
(name of plaintiff)
is a citizen of the United States and resides at _5264 Hillbranch Rd_
(street address)
_Memphis_     _USA_     _Tennessee_
(city)          (country)          (state)
_38116_               _(901) 335-3051_
(zip code)            (telephone number)

Revised 4-18-08

3. Defendant __TRACIE PUGH__
(defendant's name)
lives at, or its business is located at __5264 MILLBRANCH RD__
(street address)

4. Plaintiff sought employment from the defendant or was employed by the defendant at __1645 BARTLETT RD__
(street address)
__MEMPHIS__ __USA__ __TENNESSEE__ __38134__
(city)     (country)     (state)     (zip code)

5. Defendant discriminated against plaintiff in the manner indicated in paragraph 9 of this complaint on or about __09__ __01__ __2011__
(day) (month) (year)

6. Defendant filed charges against the defendant with the Tennessee Fair Employment Commission charging defendant with the acts of discrimination indicated in paragraph 9 of this complaint on or about __09__ __01__ __2011__.
(day) (month) (year)

7. Plaintiff filed charges against the defendant with the Equal Employment Opportunity Commission charging defendant with the acts of discrimination indicated in paragraph 9 of this complaint on or about __09__ __01__ __2011__.
(day) (month) (year)

8. The Equal Employment Opportunity Commission issued a Notice of Right to Sue, which was received by plaintiff on __25__ __10__ __2011__. (Attach a copy of the notice to this complaint.)
(day) (month) (year)

9. Because of plaintiff's (1) ✓ race, (2) ___ color, (3) ___ sex, (4) ___ religion, (5)___ national origin, defendant

    (a) ____ failed to employ plaintiff.

    (b) ✓ terminated plaintiff's employment.

    (c) ____ failed to promote plaintiff.

    (d) ____ _____

10. The circumstances under which defendant discriminated against plaintiff were as follows: VICE PRESIDENT OF OPERATIONS THOM CARDENAS TOLD TRACIE PUGH WHILE IN A UNPROFESSIONAL RAGE TO "SIT MY BLACK ASS down" AFTER the warehouse Manager decided to quit due to failing to follow Company policies and procedures. MR. CARDENAS also told me TRACIE PUGH that I needed to check my damn self. I then informed the Director of Human Resources Lynn Whitfield and she said THOM CARDENAS WAS frustrated and under a lot of pressure. I told Lynn Whitfield that I understand frustration. I spent 15 days in Parkwood Hospital due to health issues and dealing with THOM CARDENAS and his racial remarks towards myself and my African American staff. My position was eliminated on Sept. 30, 2011.

11. The acts set forth in paragraph 9 of this complaint

   (a) ___ are still being committed by defendant.

   (b) ___ are no longer being committed by defendant.

   (c) ✓ may still be being committed by defendant.

12. Please attach to this complaint a copy of the charges filed with the Equal Employment Opportunity Commission, which are submitted as a brief statement of the facts supporting this complaint.

WHEREFORE, Plaintiff prays that the Court grant the following relief to the plaintiff:

   (a) ___ Defendant be directed to employ plaintiff, or

   (b) ___ Defendant be directed to re-employ plaintiff, or

   (c) ___ Defendant be directed to promote plaintiff, or; Plantiff

   (d) ✓ Defendant be directed to be Compensate for such unprofessional behavior. Compensate plantiff for allowing such Unprofessional behavior Even after reports were filed on several instances

and that the Court grant such other relief as may be appropriate, including injunctive orders, damages, costs and attorney's fees.

13.   I would like to have my case tried by a jury. Yes (✓)  No ( )

_____
SIGNATURE OF PLAINTIFF

Revised 4-18-08