## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

|  |  |  |
|---|---|---|
| TRACIE PUGH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:12-cv-02012-JTF-tmp |
| | ) | |
| SWANSON SERVICES | ) | |
| CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT**.  This action came to the consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order of Stipulated Dismissal with Prejudice filed on December 11, 2012, this matter is hereby dismissed with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

**APPROVED:**


*/s/John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.
United States District Judge

December 11, 2012                                                           /s/Thomas M. Gould
Date                                                                                       Clerk of Court

                                                          /s/ Erica M. Evans
                                                          (By)  Deputy Clerk